IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**TRENNA ECHEVARRIA,**                                 06-CV-1418-HU

     **Plaintiff,**                                **JUDGMENT OF REMAND**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

     **Defendant.**

     Based on the Court's Opinion and Order (#_25__) issued January 22, 2008, the Court hereby **REMANDS** this matter to the Commissioner pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with this Opinion and Order.

     DATED this 16th day of January, 2008.

/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT OF REMAND